THE CITY OF NEW YORK, by the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, Appellant, *v.* INTERBOROUGH RAPID TRANSIT COMPANY et al., Respondents.

*City of New York* v. *Interborough Rapid Transit Co.*, 125 App. Div. 437, affirmed.

(Argued December 17, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5. 1908, upon an order reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action to restrain the defendant Interborough Rapid Transit Company from delivering to its codefendant electric power through certain ducts built in the walls of the subway in the city of New York.

*George S. Coleman* and *Le Roy T. Harkness* for appellant.

*Edward E. Sprague* and *George W. Wickersham* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.